

UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan
5th Floor, Theodore Levin United States Courthouse
231 West Lafayette, Detroit, MI 48226

**Plaintiff**
   Alexander C. Kazerooni

v.

**Defendant**
Thomas H. Zurbuchen,
Matthew Schembechler,
Ella Kazerooni-Nino,
University of Michigan,
University of Michigan College of Engineering,
University of Michigan Ford School of Public Policy

Civil Action No.

Case:2:18-cv-11326
Judge: Murphy, Stephen J.
MJ: Majzoub, Mona K.
Filed: 04-27-2018 At 03:25 PM
CMP KAZEROONI V. ZURBUCHEN ET AL (NA)

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff (collectively with United Statese) seeks declaratory and injunctive relief against defendants based on the following allegations.

### NATURE OF THE ACTION

I am hoping for Injunctive relief to complete my master's of space systems engineering at Univ. Michigan, they have set the time of 11:59PM, THUR, APRIL 26th, 2018. After that they will end or revoke my admission to the program.

1. For the past 4 of 5 years, I have been homeless due to actions by the university that include, but not limited to the following:

2. During that time I raised $230,000 for the university as a student caller fundraising through the Univ. Dev. office by calling alumni and no emergency financial aid or job assistance was availble, despite the Director saying she only graduated with her dual degree because her mentor helped her find a job to pay the bills.

3. I reported a professor to NASA after he wrote me off the grant I invited him to be on and had written myself, and that is proven by the 5 preceeding years of writing versions of that grant. As a result, more 'blackballs' started to happen.

4. Dr. Brophy told me that Dr. Zerbuchen was telling everyone at UM to not work with nor hire me. Dr. Brophy said he hired me to be his TA, because I was the only one to mention giving something back to the the class after having taken the class with high marks. Dr. Brophy only told me this because he wanted me to succeed, told me after my TA time concluded, and warned me that "I needed to leave Ann Arbor, they have it out for me"

5. When I returned from working in Chicago for a year at Navistar and left through volunteer attrition due to their near bankrupcy, the funds helped me to correct my sister's negligent care of our mother with Alzheimer's. My sister, a Univ. Michigan Hospital upper level MD, interim chair tried to bribe me by paying all my student
 loans and $2,000 /mth if I didn't mention what she did with our mom under her POA, by sending her out of state to Fla (outside her POA state jurisdiction) after I disclosed sister was operating on a holographic will after parent was declared incapacitated. Her mentor at the hospital also threatened me by saying "she's too important to the Univ. to allow me to take her to court over our mother's health care"

6. Bo Shembechler's son tried to have me sign up for the ARbor Blue program under the guise of a job interview via LinkedIN. He described the entire program, who managed it and what was available. He painstakenly indicated that after going through my questions of each individual position was available or not, the only positions available were 'bed's; as as high suicide risk student. I said I'm not suicidal, nor depressed, that' s just my sister misusing her medical degree and reputation to cover up what's she's done illegally. But I'd like to find a job in the area. He emailed back that there were no opportunities now nor in the future.    Odd response.

7. Part of the challenge to graduate has been a a $8500 hold credit. Two parts of that hold credit arise from i) 3 classes where UI M CoE professors broke from the student handbook and resulted in my Incomplete in their course a) required purchase of software, against Student Handbook, b) left town early for the holidays rather than give exam on the final exam day, I couldn't take the exam on the bumped up day because I was turning in a 3yr , $2.3M NASA, NSBRI grant; exams can only be moved with unanimous class support. I stated I could not do it   and ii) the school of public policy accepted me into their certificate program I started taking the 2nd class, then at the end of the semester they said I wasn't in the program. I had reported a janitor for stealing bicycles earlier in the semester, and the Director called me in to discuss it, but only discussed a lawsuit re: a neck injury I had, later when that director left, the interim director said i was in the program via my admission letter, but the teacher for the last required class of 3 for a total of 5 classes in the certificate program said there wasn't enough room  in the class although only 1/3 of the lecture  hall were filled with students.   So there are classes I've taken but  not counted on my degree or certificate but I've been charged for despite the faculty breaking the implied promise and contract of student university in many, many, ways.

So there are obvious frustrations of purpose,  that may warrant an emergency injunction to suspend the tolling of time for degree completion.
I've asked for an extension from my dept, but waiting for a reply.


Discrimination started when University found out of my past lawsuit regarding injury at another university, where injury of cervical radiculopathy rose to severity equivalent to disability. And Ford School of PUblic Policy held an extracurricular interview with me after being admitted to their STPP program when I had already registered and was enrolled in the 2nd class of the 5 class certificate program.  They unaccepted me for fraudulent reasons in addition to discussing only my past disability lawsuit.


Dated: September 22.                                                                                         Respectfully Submitted

Alex Kazerooni
PO Box 7433, Ann Arbor, MI, 48107
Telephone: (734) 205-8561
Email: alexkaz@umich.edu

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Alexander C. Kazerooni

**DEFENDANTS**
Thomas H. Zurbuchen, Matthew Schembechler, Ella Kazerooni-Nino, University of Michigan, University of Michigan College of Engineering, Univerrseity of Michigan Ford School of Public Policy

**(b)** County of Residence of First Listed Plaintiff: Washtenaw County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Washtenaw

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se, PO Box 7433 Ann Arbor, MI 48107

Case:2:18-cv-11326
Judge: Murphy, Stephen J.
MJ: Majzoub, Mona K.
Filed: 04-27-2018 At 03:25 PM
CMP KAZEROONI V. ZURBUCHEN ET AL (NA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [x] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 490 Cable Sat TV |
| [ ] 195 Contract Product Liability |  | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
|  |  | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  | [ ] 871 IRS- Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  |  | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  |  | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** |  |  |
| [ ] 290 All Other Real Property | [x] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application |  |  |
|  | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions |  |  |
|  | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Americans with Disabilities Act (ADA) became law in 1990, Rehabilitation Act of 1973, 42 U.S. Code § 3058i; Universal Jurisdiction,

Brief description of cause:
Retaliation and discrimination; defrauding U.S. Government; Breach of Contract; Racketeering; Slander, Libel, Personal Injury

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: April 26, 2018
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☒ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :





Do not ship liquids, blood, or clinical specimens in this packaging.

Insert shipping document here

Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx office.

© 2013 FedEx 155475/159140 REV 9/13 C

**Helping the environment.**

When you use envelopes that are part of our FedEx carbon-neutral envelope shipping program, you're helping support sustainable projects like wind farms and reforestation. Our investments in these projects help neutralize the carbon emitted when shipping, all at no extra cost to you. Now that's a breath of fresh air.

See how FedEx connects the world in responsible and resourceful ways at **earthsmart.fedex.com**. Join our efforts by recycling this envelope.

earthsmart
FedEx carbon-neutral envelope shipping

FedEx Express®

RECEIVED
APR 27 2018
CLERK'S OFFICE
U.S. DISTRICT COURT